FILED
2011 Mar-30 AM 10:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WILLIAM WATKINS, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>WARDEN GARY HETZEL and )<br>THE ATTORNEY GENERAL )<br>OF THE STATE OF ALABAMA, )<br>)<br>Respondents ) | Case No. 2:10-cv-01835-SLB-HGD |

## MEMORANDUM OPINION

On March 8, 2011, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by the petitioner or the respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE, this 30th day of March, 2011.

_____
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE